**HALL & EVANS, LLC**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
JULIE L. SANPEI, ESQ.
Nevada Bar No. 5479
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for Defendant MV Transportation, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FAITH CHILDS, individually,<br><br>    Plaintiff,<br>v.<br><br>MV TRANSPORTATION, INC. a foreign corporation; THE STATE OF NEVADA dba REGIONAL TRANSPORTATION COMMISSION OF SOUTHERN NEVADA aka and dba RTC; KEOLIS TRANSIT SERVICES, LLC aka and dba KEOLIS TRANSIT AMERICA, INC; DOES I-X; and ROE CORPORATIONS I-X,<br><br>    Defendants. | CASE NO.: 2:25-cv-01843<br><br>[District Court, Clark County, Case No. A-25-922438-C, Dept No. IV**]**<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT MV TRANSPORTATION, INC. PURSUANT TO FRCP 21 AND ORDER OF DISMISSAL**<br><br>[ECF No. 13] |

Plaintiff Faith Childs, by and through counsel, the ANGULO LAW GROUP, Defendant MV Transportation, Inc., by and through counsel, the law firm of HALL & EVANS, LLC and Regional Transportation Commission of Southern Nevada dba RTC by and through counsel, the law firm of RANALLI ZANIEL FOWLER & MORAN, LLC, hereby stipulate under Federal Rule of Civil Procedure 21, that Defendant MV Transportation, Inc. be dismissed without

…

…

1                                                                KRB 21197-46+

1  prejudice as to all claims and causes of action as a mis-joined party.

3  DATED this 20th day of November, 2025.   DATED this 21st day of November, 2025

HALL & EVANS, LLC                         ANGULO LAW GROUP, LLC

 /s/ Kurt Bonds                            /s/ Joseph R. Smith
KURT R. BONDS, ESQ.                       PETER M. ANGULO, ESQ.
Nevada Bar No. 6228                       Nevada Bar No. 3672
JULIE L. SANPEI, ESQ.                     JOSEPH R. SMITH, ESQ.
Nevada Bar No. 5479                       Nevada Bar No. 13961
1160 North Town Center Drive              5545 S. Mountain Vista Street, 2nd Floor
Suite 330                                 Las Vegas, Nevada 89120
Las Vegas, Nevada 89144                   (702) 384-8000
(702) 998-1022                            jrs@angulolawgroup.com
nvefile@hallevans.com                     *Attorneys for Plaintiff Faith Childs*
*Attorneys for Defendant*
*MV Transportation, Inc.*

DATED this 21st day of November, 2025.

RANALLI ZANIEL FOWLER & MORAN, LLC

 /s/ Veronica Fink
GEORGE M. RANALLI, ESQ.
Nevada Bar No. 5748
VERONICA FINK, ESQ.
Nevada Bar No. 14516
2340 W. Horizon Ridge Parkway, #100
Henderson, Nevada 89052
(702) 477-7774
Ranalliservice@ranallilawyers.com
*Attorneys for the State of Nevada dba*
*Regional Transportation Commission of Southern*
*Nevada dba RTC*

**ORDER OF DISMISSAL**

Based on the parties' stipulation and with good cause appearing, IT IS HEREBY ORDERED that all claims against MV Transportation Inc. are dismissed without prejudice as a mis-joined party under Federal Rule of Civil Procedure 21.  **The Clerk of Court is directed to TERMINATE MV Transportation Inc. as a defendant in this case.**

_____
UNITED STATES DISTRICT JUDGE
November 24, 2025

HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

3

KRB 21197-46+